E-FILED
Friday, 14 January, 2022  06:31:58 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

TARRENCE THOMPSON,

        Plaintiff,

    v.

WEXFORD HEALTH SOURCES, INC.,
JONATHAN EK, KIMBERLY LARSON,
and DOE DEFENDANTS #1–3, in their
individual and official capacities,

        Defendants.

Civil Action No. 21-cv-02251

Judge Michael M. Mihm

Magistrate Judge Jonathan E. Hawley

### PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR HIS RESPONSE TO DEFENDANTS WEXFORD HEALTH SOURCES, INC. AND JONATHAN EK'S MOTION TO STRIKE AND PARTIAL MOTION TO DISMISS

Plaintiff Tarrence Thompson, by and through his attorneys at Jenner & Block LLP, brings this motion to extend the filing deadline for his response to Defendants Wexford Health Sources, Inc. and Jonathan Ek's (collectively, "the Wexford Defendants") Motion to Strike and Partial Motion to Dismiss ("Motion" or "Motion to Dismiss") by seven (7) days, from January 26, 2022 to February 2, 2022. In support of his motion, Mr. Thompson states as follows:

1.      Plaintiff filed his Complaint in this matter on October 8, 2021. (ECF No. 1.)

2.      On January 12, 2022, Defendants Wexford Health Sources, Inc. and Jonathan Ek (the Wexford Defendants) filed a motion to strike and motion to dismiss.  (ECF No. 13.) The Court issued a date of January 26, 2022 for Plaintiff to file a response to the Wexford Defendants' motion.

3.      Plaintiff is planning to amend his Complaint (ECF No. 1), which, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), he is entitled to do through February 2, 2022. While

Plaintiff's Complaint is sufficient to state the claims alleged, the amended complaint will add additional allegations and claims likely mooting the Wexford Defendants' Motion.

4.    It will be a waste of the Parties' and the Court's resources to brief a motion directed at a complaint which will be amended shortly thereafter.

5.    Defendant Kimberly Larson's answer to Plaintiff's Complaint is due February 18, 2022 pursuant to the Court's December 18, 2021 Order. Extending the deadline for Plaintiff's response to the Motion to Dismiss will facilitate a consolidated briefing schedule for all parties.

6.    Plaintiff sought agreement with counsel for Defendants to extend the date to respond to the Wexford Defendants' Motion to Dismiss such that it would align with the date on which an amended complaint would be due under Rule 15.

7.    The Wexford Defendants would only agree to an extension if Plaintiff would agree to omit certain allegations from his amended complaint and agree to request the Court to strike his original complaint from the docket. After Plaintiff informed the Wexford Defendants he would not omit the allegations because they are relevant to his existing and anticipated additional claims, the Wexford Defendants responded that they objected to the extension and also to any amendment. The Wexford Defendants failed to provide any support for their position that Plaintiff does not have a right to amend under Rule 15(a)(1)(B).

8.    Plaintiff believes the Wexford Defendants' objections are not based on the propriety of amending but on their taking issue with allegations in the Complaint and the anticipated amended complaint. Those issues are best addressed through motion practice to a complaint that is of record.

9.    Defendant Larson indicated that she did not object to Plaintiff's request provided she will have 30 days to respond to any amended pleading. Plaintiff has no objection to that request

and believes it serves the interest of judicial economy for all Parties to be on a consolidated schedule.

10.     This motion is not being brought for the purpose of delay and will not prejudice the Parties. Rather, it is brought in the interests of efficiency and judicial economy. Requiring Plaintiff to respond to a motion that will be mooted by an amended pleading under Rule 15(a)(1)(B) would needlessly increase the cost of litigation and burden the Court with addressing unnecessary motions.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court grant his Motion to Extend Deadline for His Response to Defendants Wexford Health Sources, Inc. and Jonathan Ek's Motion to Strike and Partial Motion to Dismiss by setting a deadline for Plaintiff to respond to the Wexford Defendants' Motion or amend his complaint by February 2, 2022 and further order that all Defendants respond to any amended pleading by March 4, 2022.

Dated:  January 14, 2022                    Respectfully submitted,

By:  /s/ *Jason M. Bradford*
      Jason M. Bradford
      Brian B. Druchniak
      Jenner & Block LLP
      353 N. Clark Street
      Chicago, IL  60654-3456
      Tel: (312) 222-9350
      Fax: (312) 527-0484

      *Attorneys for Plaintiff Tarrence Thompson*