# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TARRENCE THOMPSON, | |
| Plaintiff, | |
| v. | Civil Action No. 21-cv-02251 |
| WEXFORD HEALTH SOURCES, INC., JONATHAN EK, KIMBERLY LARSON, and DOE DEFENDANTS #1–3, in their individual and official capacities, | Judge Michael M. Mihm  Magistrate Judge Jonathan E. Hawley |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR HIS RESPONSE TO DEFENDANT KIMBERLY LARSON'S 12(b)(6) MOTION TO DISMISS**

Plaintiff Tarrence Thompson, by and through his attorneys at Jenner & Block LLP, brings this motion to extend the filing deadline for his response to Defendant Kim Larson's ("Larson") 12(b)(6) Motion to Dismiss ("Motion" or "Motion to Dismiss") by fourteen (14) days, from March 25, 2022 to April 8, 2022. In support of his motion, Plaintiff states as follows:

1. Plaintiff filed his Complaint in this matter on October 8, 2021. (ECF No. 1.) Larson waived service on October 21, 2021. (ECF No. 7.)

2. After a series of requests for extensions by Larson to which Plaintiff did not object, Larson filed a motion to dismiss on March 11, 2022. (ECF No. 30.) The Court issued a date of March 25, 2022 for Plaintiff to file a response to Larson's motion.

3. Due to longstanding travel plans and commitments in other matters, Plaintiff's counsel need additional time to draft a response.

4. Counsel for Larson has no objection to the requested extension.

5. This motion is not being brought for the purpose of delay and will not prejudice the Parties.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court grant his Unopposed Motion to Extend Deadline for His Response to Defendant Kimberly Larson's 12(b)(6) Motion to Dismiss by setting a deadline for Plaintiff to respond to Larson's motion by April 8, 2022.

Dated: March 15, 2022

Respectfully submitted,

By: /s/ *Jason M. Bradford*
Jason M. Bradford
Brian B. Druchniak
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Plaintiff Tarrence Thompson*