AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Tarrence Thompson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-02251 |
| Wexford Health Sources Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tarrence Thompson.

Date: 09/28/2022

/s/ Savannah E. Berger
*Attorney's signature*

Savannah E. Berger (63338718)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

sberger@jenner.com
*E-mail address*

(312) 840-7434
*Telephone number*

(312) 527-0484
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TarrenceThompson ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:21-cv-02251 |
| Wexford Health Sources Inc., et al. ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  09/28/2022    , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Defendants Wexford Health Sources, Inc., Jonathan Ek, and Kimberly Larson.

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Savannah E. Berger
*Attorney's signature*

Savannah E. Berger (63338718)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
*Address*

sberger@jenner.com
*E-mail address*

(312) 840-7434
*Telephone number*

(312) 527-0484
*Fax number*